**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 185 MAL 2014
                                                          :
                  Respondent         :
                                                          : Petition for Allowance of Appeal from the
                                                          : Order of the Superior Court
                   v.                         :
                                                          :
                                                          :
LEWIS T. WATKINS,                    :
                                                          :
                  Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is

**DENIED**.